**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| BETHLEHEM AREA SCHOOL DISTRICT | : | No. 695 MAL 2017 |
| | : | |
| | : | |
| | : | |
| v. | : | Petition for Allowance of Appeal from |
| | : | the Order of the Commonwealth Court |
| | : | |
| ALVIN S. KANOFSKY AND UNITED | : | |
| STATES OF AMERICA | : | |
| | : | |
| | : | |
| PETITION OF:  ALVIN S. KANOFSKY | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 21st day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.